**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01228-CV

**CLEAN ENERGY, ET AL., Appellants**

**V.**

**TRILLIUM TRANSPORTATION FUELS, LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10489**

## ORDER

Before the Court is appellants' February 22, 2019 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to April 4, 2019.

/s/      BILL WHITEHILL
JUSTICE